## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                 Case No.: 1:15−cr−00656
                                                 Honorable Andrea R. Wood

Pethinaidu Veluchamy, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 7, 2016:

      MINUTE entry before the Honorable Andrea R. Wood as to Pethinaidu Veluchamy, Parameswari Veluchamy, and Arun Veluchamy: Status hearing set for 10/12/2016 at 10:30 a.m. is stricken and reset for 10/12/2016 at 10:00 AM. TIME CHANGE ONLY. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.