**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 15 CR 656 |
| | ) | Judge Andrea R. Wood |
| PETHINAIDU VELUCHAMY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS PETHINAIDU VELUCHAMY AND PARAMESWARI
VELUCHAMY'S MOTION TO DISMISS THE SUPERSEDING
INDICTMENT OR BAR USE OF TESTIMONY OBTAINED IN
<u>VIOLATION OF THE VELUCHAMYS' CONSTITUTIONAL RIGHTS</u>**

Defendants **PETHINAIDU VELUCHAMY** and **PARAMESWARI VELUCHAMY**, by and through their attorneys, **JOHN D. CLINE** and **MARLO P. CADEDDU**, respectfully move this Court, pursuant to the Fifth Amendment privilege against self-incrimination and due process clause, for an Order dismissing the superseding indictment or, in the alternative, barring all direct and indirect use of the testimony (including the act of producing documents) given by the Veluchamys in their litigation with the Bank of America.

In support of this Motion, Defendants Pethinaidu and Parameswari Veluchamy, through counsel, submit a Memorandum of Law in Support of this Motion, filed contemporaneously herewith.

Respectfully submitted,

/s/ John D. Cline
**JOHN D. CLINE,**
Attorney for Defendant Pethinaidu
Veluchamy.

/s/ Marlo P. Cadeddu
**MARLO P. CADEDDU,**
Attorney for Defendant Parameswari
Veluchamy.

**LAW OFFICE OF JOHN D. CLINE**
235 Montgomery St., Suite 1070
San Francisco, CA 94104
(415) 302-2401
cline@johndclinelaw.com.com

**LAW OFFICE OF MARLO P. CADEDDU, P.C.**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
(214) 220-9000
mc@marlocadeddu.com

## CERTIFICATE OF SERVICE

John D. Cline, Attorney at Law, hereby certifies that the foregoing Motion was served on October 12, 2016, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


/s/ John D. Cline
**JOHN D. CLINE**


**LAW OFFICE OF JOHN D. CLINE**
235 Montgomery St., Suite 1070
San Francisco, CA 94104
(415) 302-2401
cline@johndclinelaw.com