**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15-cr-00656-(1)(2) |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| PETHINAIDU VELUCHAMY | ) | |
| PARAMESWARI VELUCHAMY | ) | |
| | ) | |
| | ) | |

**ORDER**

     Status hearing held. The Court sets the following briefing schedule for Defendants' motion to dismiss the superseding indictment [85]: the Government shall have until 12/1/2016 to respond and Defendants shall have until 12/15/2016 to reply. As stated on the record, Defendants are granted leave to file the *ex parte* exhibit under seal. The Clerk is directed to maintain Defendants' Ex Parte and Under Seal Exhibit to Memorandum of Law [88] under seal until further order of the Court. Status hearing set for 1/12/2017 at 9:45 AM. Time will be excluded through and including 1/12/2017 due to the delay resulting for a pretrial motion pursuant to 18 U.S.C. §3161(h)(1)(D), and in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pre-trial preparation, including receipt and review of voluminous discovery materials.

XT

(0:10)

Dated: October 12, 2016

                                                    Andrea R. Wood
                                                    United States District Judge